

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00461-CV

**IN THE INTEREST OF S.K.K.** and H.A.K., Children

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2718-CV
Honorable William Old, Judge Presiding

PER CURIAM

Sitting:        Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  September 5, 2018

DISMISSED

A copy of appellant's notice of appeal was filed in this court on July 9, 2018. The clerk of the court notified the appellant in writing that our records did not reflect that the filing fee in the amount of $205 was paid. In addition, our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.

On August 7, 2018, appellant was ordered to show cause in writing by August 22, 2018 that either: (1) the filing fee was paid; or (2) appellant is entitled to appeal without paying the filing fee. Our order stated that if appellant failed to respond within the time provided, this appeal would be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c). Because appellant failed to respond to this court's order and has not paid the filing fee for this appeal, this appeal is dismissed. *See id*.

PER CURIAM